# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146751

MARIA VASILAKIS and SPYRIDON
VASILAKIS,
      Plaintiffs-Appellants,

v

      SC: 146751
      COA: 306122
      Macomb CC: 2010-005294-CZ

TROTT & TROTT, P.C., RESIDENTIAL CREDIT
SOLUTIONS, HOME LOAN SERVICES, INC.,
f/k/a ALTEGRA CREDIT CO., INC., d/b/a FIRST
FRANKLIN LOAN SERVICES, and FEDERAL
NATIONAL HOME LOAN CORP., a/k/a FANNIE
MAE,
      Defendants-Appellees,

_____/

      On order of the Court, the application for leave to appeal the November 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

s0826